IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 AUG 28 A 9:59

Dennis Nelson 94B0694
Full name and prison number
of plaintiff(s)

v.

Region Bank

_____

_____

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:06CV770-MHT
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (X)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (X)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) Dennis Nelson Fed# 14689-055
         PO Box 51, Comstock, NY 12821

         Defendant(s) Region Bank

      2. Court (if federal court, name the district; if state court, name the county) Not Yet

3. Docket number _Unknown_

4. Name of judge to whom case was assigned _None_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Pending_

6. Approximate date of filing lawsuit _8-11-06_

7. Approximate date of disposition _Unknown_

II. PLACE OF PRESENT CONFINEMENT _Great Meadow Corr. Facility_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _That bank told me they were going to send me blank checks & open my account_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Regions Bank | I forgotten |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Dec. 1st 2006._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _When you open a account the always send you blank checks_

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

But I Did not Recieve Any More Did They Send My money Back $250,000,000.00

**GROUND TWO:** I Have Been Tring To write The And I Don't Remember The Address

**SUPPORTING FACTS:**

**GROUND THREE:**

**SUPPORTING FACTS:**

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want my money back or ~~~~ I will just settle out of your court!

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 8-11-06
            (Date)

_____
Signature of plaintiff(s)

4