M/D-6

RECEIVED

2006 AUG 28 A 9: 59

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
_Northern_ DIVISION

Dennis Nelson
94B0684

)
)
)
)
**Plaintiff(s)**
)
)
v.
)
Region Bank
)
)
)
)
**Defendant(s)**
)

2: 06CV770- M
H
T

## MOTION TO PROCEED _IN FORMA PAUPERIS_

Plaintiff(s)____ Dennis Nelson _____

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

Plaintiff(s) signature

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ **District of** _ALABAMA_    2006 AUG 28 A 9:59

DENNIS NELSON
Plaintiff

v.

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

Region Bank
Defendant

CASE NUMBER: 2:06CV770-MHT

I, _Dennis Nelson_ ____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration    GREAT MEADOW CORR. Facility

    Are you employed at the institution? _YES_    Do you receive any payment from the institution? _3.80 A week_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2.  Are you currently employed?    ☐ Yes    ☒ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.   2001

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment    ☐ Yes    ☒ No
    b.  Rent payments, interest or dividends    ☐ Yes    ☒ No
    c.  Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
    d.  Disability or workers compensation payments    ☐ Yes    ☒ No
    e.  Gifts or inheritances    ☐ Yes    ☒ No
    f.  Any other sources    ☐ Yes    ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?        ☑ Yes        ☐ No

   If "Yes," state the total amount. *250,000,000. Region Bank*

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?        ☑ No
   *MISTAKE*

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. *NO-ONE*

I declare under penalty of perjury that the above information is true and correct.

*8-11-06*
_____
Date

_____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES**

## DISBURSEMENT OR REFUND REQUEST

CELL LOCATION

NAME _D. NELSON_     DATE 8-14     20 06

CODE TYPE

INMATE NUMBER 94 B0699     "SHORT" NAME DNEL

FIRST INITIAL
FIRST 3 OF LAST NAME

CHECK/ORDER NUMBER

RIGHT ADJUSTED WITH LEADING ZEROS

COMMISSARY PRODUCT GROUP

AMOUNT $ 350 00

SENT TO CODE
(SEE TABLE B-8)     ITEM
DESCRIPTION     _NO-MONEY_

SENT TO OR
PURCHASE FROM     LAST NAME _Office of The Clerk_     FIRST NAME     MI     SUFF

ADDRESS _United States District Court_     APT. NO.

CITY _MONTGOMERY_     STATE _ALABAMA_     ZIP CODE _36101-0711_

_PO Box 711_

APPROVED _____     DATE _8-1-06_

[SOURCE AREA]

I HEREBY ACKNOWLEDGE EXPENDITURE OF THE
AMOUNT TO BE DEDUCTED FROM MY INMATE
ACCOUNT

APPROVED _____     DATE _8-4-06_

(BUSINESS OFFICE)     INMATE SIGNATURE

FORM 2706 (REV. 8/83)     Original - Business Office     Yellow - Approving Office     Pink - Inmate